# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 06-00168-KD** |
| ) | **(Civil Action No. 09-00462-KD-N)** |
| **ANTHONY RENARD PRUITT,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be **DENIED** and **DISMISSED with prejudice.**

**DONE** this 13th day of November, 2009.

    s/ Kristi K. DuBose
    KRISTI K. DuBOSE
    UNITED STATES DISTRICT JUDGE